IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENSON MILLS, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>WENG WEIFENG,<br><br>   Defendant. | Civil Action No. 2:22-cv-00466-BJR<br><br>**FINAL JUDGMENT ON CONSENT** |

FINAL JUDGMENT ON CONSENT
2:22-cv-00466-BJR

**Dorsey & Whitney LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820

**FINAL JUDGMENT ON CONSENT**

Plaintiff Benson Mills, Inc. having filed a Complaint on April 8, 2022 against Defendant Weng Weifeng asserting claims for copyright infringement under the U.S. Copyright Act, 17 U.S.C. § 101 et seq.; and the parties, having agreed upon a resolution of this matter prior to a trial on the merits without any admission of liability, and having entered into a Settlement Agreement for that purpose; and such Settlement Agreement providing for, inter alia, the entry of a Final Judgment on Consent; and for good cause shown;

IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Defendant, together with its officers, agents, servants, affiliates, employees, subsidiaries, successors and assigns, and representatives thereof, and all other persons, firms or companies in active concert or participation with them, or any of them, shall be and are hereby permanently enjoined and restrained from selling, offering for sale, advertising, promoting and marketing any tablecloths, table runners, placemats or other products that embody the designs depicted in paragraph 10 of the complaint (Dkt. 1), or any designs that are substantially similar thereto or otherwise infringing of Plaintiff's design that is the subject of U.S. Copyright Reg. No. VA 2-239-341.

3. Entry of this Judgment shall conclude this action to the prejudice of any and all claims deemed merged and barred in accordance with the law.

4. This Judgment which may be signed in counterparts and may be obtained and exchanged by electronic mail.

FINAL JUDGMENT ON CONSENT - 2
2:22-cv-00466-BJR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1   DATED this ____ day of June, 2022

DORSEY & WHITNEY LLP

_____   _____
*Attorneys for Weng Weifeng*       ERIN KOLTER WSBA #53365
                                   Columbia Center
                                   701 Fifth Avenue, Suite 6100
                                   Seattle, WA 98104
                                   (206) 903-8800

                                   *Attorneys for Plaintiff Benson Mills, Inc.*

WENG WEIFENG                       BENSON MILLS, INC.

By:_____         By:_____
Name:_____         Name:_____
Title:_____         Title:_____

DATED this 1st day of August, 2022.

_____
Barbara   Jacobs   Rothstein
U.S. District Court Judge

FINAL JUDGMENT ON CONSENT - 3
2:22-cv-00466-BJR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820